NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1257, -1266

DORBEST LIMITED, RUI FENG WOODWORK (DONGGUAN) CO., LTD.,
and RUI FENG LUMBER DEVELOPMENT (SHENZHEN) CO., LTD.,

Plaintiffs-Appellants,

and

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE,
and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Plaintiffs-Appellants,

and

CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721,
UBC SOUTHERN COUNCIL OF INDUSTRIAL WORKERS LOCAL 2305,
UNITED STEEL WORKERS OF AMERICA LOCAL 193U,
CARPENTERS INDUSTRIAL UNION LOCAL 2093,
TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS LOCAL 991,
and IUE INDUSTRIAL DIVISION OF CWA LOCAL 82472,

Plaintiffs,

v.

UNITED STATES,

Defendant-Appellee,

and

DONGGUAN LUNG DONG and DON HE,

Defendants-Appellees,

and

ART HERITAGE INTERNATIONAL LTD., SUPER ART FURNITURE CO., LTD.,
ARTWORK METAL & PLASTIC CO., LTD., JIBSON INDUSTRIES LTD.,
ALWAYS LOYAL INTERNATIONAL, FORTUNE GLORY LTD. (HK LTD.),

NANHAI JIANTAI WOODWORK CO., FINE FURNITURE (SHANGHAI) LTD., COASTER COMPANY OF AMERICA, COLLEZIONE EUROPA USA, INC., FINE FURNITURE DESIGN & MARKETING LLC, GLOBAL FURNITURES, INC., HILLSDALE FURNITURE, LLC, KLAUSSNER INTERNATIONAL, LLC, MAGNUSSEN HOME FURNISHINGS, INC., L. POWELL COMPANY, RIVERSEDGE FURNITURE COMPANY, WOODSTUFF MANUFACTURING, INC. (doing business as Samuel Lawrence), SCHNADIG CORPORATION, GOOD COMPANIES, and STANDARD FURNITURE MANUFACTURING CO., INC.,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 05-00003, Judge Donald C. Pogue.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Dorbest Limited et al. (Dorbest) move for an extension of time for the appellants to file their briefs. Dorbest and American Furniture Manufacturers Committee et al. (AFMC) move jointly to reform the caption. Dorbest states that the other parties consent to both motions.

Dorbest and AFMC state that Dorbest and AFMC each intend to file briefs as both Plaintiffs-Appellants and Defendants-Appellees and request that the court reform the caption to reflect both designations.[*] Dorbest states that these appeals arise from consolidated actions before the United States Court of International Trade and in the original actions Dorbest and AFMC were adverse to one another.

---

[*] Dorbest and AFMC also request that the court modify the designation of certain parties who were intervenors in the trial court "to avoid confusion with parties intervening in the instant appeal." No parties are designated as intervenors in the court's official caption and thus it is unclear which, if any, parties Dorbest and AFMC believe are improperly designated. If Dorbest and AFMC wish to renew this request, they should state specifically what changes to the caption are requested.

The court determines that Dorbest and AFMC cannot file separate briefs as both appellants and appellees in this case. All arguments must be presented in a single brief. However, to allow Dorbest and AFMC the opportunity to respond to each other's briefs, the court permits Dorbest and AFMC to respond to each other's opening briefs in their respective reply briefs.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion to reform the caption is denied.

(2)    Dorbest and AFMC may respond to each other's opening briefs in their respective reply briefs.

(3)    The motion for an extension of time is granted.

FOR THE COURT

JUN 1 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 8 2009

JAN HORBALY
CLERK

cc:    J. Michael Taylor, Esq.
       Jeffrey S. Grimson, Esq.
       Kristin Heim Mowry, Esq.
       Robert G. Gosselink, Esq.
       Carrie E. Dunsmore, Esq.

s17

2009-1257, -1266                    3